PEOPLE V JAMES HOLLOWAY, No. 152134; Court of Appeals No. 321228. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals, and we remand this case to the Macomb Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.

PEOPLE V MARIO WILLIS, No. 152553; Court of Appeals No. 320659. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals, and we remand this case to the Court of Appeals for reconsideration in light of *People v Lockridge*, 498 Mich 358 (2015).

*Leave to Appeal Denied December 22, 2015:*

PEOPLE V SHALECSHA MOORE, No. 150431; Court of Appeals No. 321863.

PEOPLE V JEFFREY HAWKINS, No. 150457; Court of Appeals No. 321158.

TRADER V COMERICA BANK, No. 150828; Court of Appeals No. 317622.

PEOPLE V HANSERD, No. 150858; Court of Appeals No. 322993.

PEOPLE V DINWIDDIE, No. 150881; Court of Appeals No. 323807.

PEOPLE V BANKSTON, No. 150903; Court of Appeals No. 323954.

PEOPLE V RASHOD BROWN, No. 150905; Court of Appeals No. 324474.

PEOPLE V PATTENAUDE, No. 150908; Court of Appeals No. 323790.